**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Rhiannon Marie Gatto           CHAPTER 7
                  Debtor(s)

BKY. NO. 22-10892 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of AMERICAN HERITAGE and index same on the master mailing list.

                                   Respectfully submitted,

                                   /s/ Rebecca Solarz
                                   Rebecca Solarz
                                   29 Jun 2022, 16:05:25, EDT

                                   KML Law Group, P.C.
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA 19106-1532
                                   (215) 627-1322