United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10892-elf |
| Rhiannon Marie Gatto | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 29, 2022 | Form ID: 318 | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rhiannon Marie Gatto, 4511 Melrose Street, Philadelphia, PA 19124-4115 |
| 14681828 | + | American Heritage Federal Credit Union, 3110 Grant Ave, Philadelphia, PA 19114-2542 |
| 14681851 | + | Young, Marr, Mallis & Deane, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 30 2022 00:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Jul 30 2022 04:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 30 2022 00:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14681827 | + | Email/Text: broman@amhfcu.org | Jul 30 2022 00:49:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14681830 | + | EDI: BANKAMER.COM | Jul 30 2022 04:53:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14681829 | + | EDI: BANKAMER.COM | Jul 30 2022 04:53:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14681831 | + | EDI: CAPITALONE.COM | Jul 30 2022 04:53:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14681832 | + | EDI: CAPITALONE.COM | Jul 30 2022 04:53:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14681839 | + | EDI: CITICORP.COM | Jul 30 2022 04:53:00 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14681836 | | Email/Text: operationsclerk@easypayfinance.com | Jul 30 2022 00:49:00 | Easy Pay/Duvera Collections, 3220 Executive Ridge, Vista, CA 92081 |
| 14681835 | | Email/Text: operationsclerk@easypayfinance.com | Jul 30 2022 00:49:00 | Easy Pay/Duvera Collections, Attn: Bankruptcy, Po Box 2549, Carlsbad, CA 92018 |
| 14681838 | + | EDI: AMINFOFP.COM | Jul 30 2022 04:53:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14681837 | + | EDI: AMINFOFP.COM | Jul 30 2022 04:53:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14681833 | | EDI: JPMORGANCHASE | Jul 30 2022 04:53:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14681834 | | EDI: JPMORGANCHASE | | |

Case 22-10892-elf   Doc 16   Filed 07/31/22   Entered 08/01/22 00:31:15   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 29, 2022 | Form ID: 318 | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| | | | Jul 30 2022 04:53:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 14681840 | + | EDI: CITICORP.COM | Jul 30 2022 04:53:00 | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 14681841 | | Email/Text: blegal@phfa.org | Jul 30 2022 00:49:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14681844 | | EDI: PRA.COM | Jul 30 2022 04:53:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 14681843 | | EDI: PRA.COM | Jul 30 2022 04:53:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14681842 | + | Email/Text: blegal@phfa.org | Jul 30 2022 00:49:00 | Pennsylvania Housing Finance Agency, 211 N Front St, Harrisburg, PA 17101-1406 |
| 14681845 | + | EDI: WTRRNBANK.COM | Jul 30 2022 04:53:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14681846 | + | EDI: WTRRNBANK.COM | Jul 30 2022 04:53:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14681850 | + | EDI: WFHOME | Jul 30 2022 04:53:00 | Wells Fargo Bank NA, Po Box 14517, Des Moines, IA 50306-3517 |
| 14681847 | + | EDI: WFHOME | Jul 30 2022 04:53:00 | Wells Fargo Bank NA, Attn: Wells Fargo Bankruptcy, 435 Ford Road, Suite 300, Saint Lewis Park, MN 55426-4938 |
| 14681849 | + | EDI: WFCCSBK | Jul 30 2022 04:53:00 | Wells Fargo Bank NA, Po Box 94435, Albuquerque, NM 87199-4435 |
| 14681848 | + | EDI: WFHOME | Jul 30 2022 04:53:00 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2022             Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| GARY F. SEITZ | |
| | on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com gfs@trustesolutions.net |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 29, 2022 | Form ID: 318 | Total Noticed: 28 |

GARY F. SEITZ

    gseitz@gsbblaw.com  gfs@trustesolutions.net

PAUL H. YOUNG

    on behalf of Debtor Rhiannon Marie Gatto support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com

REBECCA ANN SOLARZ

    on behalf of Creditor AMERICAN HERITAGE FEDERAL CREDIT UNION bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ

    on behalf of Creditor AMERICAN HERITAGE bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Rhiannon Marie Gatto<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx−xx−1098<br>EIN   __−_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __−_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 22−10892−elf | |

# Order of Discharge 12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Rhiannon Marie Gatto

<u>7/28/22</u>    **By the court:** <u>Eric L. Frank</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318    **Order of Discharge**    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**