UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   RHIANNON M. GATTO         :   Chapter 7
         Debtor
                                     :

                                     :   Bankruptcy No. 22-10892-ELF

CERTIFICATION OF NO RESPONSE

      I, PAUL H. YOUNG, ESQUIRE, attorney for Debtor, do hereby certify the following:

      On **February 22,2023**, a copy of Debtor's Motion to Reopen Closed Case, Motion to Avoid Judicial Lien and Notice of Motion, Response Deadline and Hearing Date was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below:

      Mr. Brian Moynihan, CEO
      Bank of America Corporate Center
      100 North Tryon Street
      Charlotte, NC 28255

      I have not received a responsive pleading from any party or answers within the time period provided by the Rules of Court.

      WHEREFORE, it is respectfully requested that this Honorable Court enter the proposed Order attached to the Motion to Avoid Judicial Lien.

                                               /s/ Paul H. Young
                                               Paul H. Young, Esquire
                                               Young, Marr & Associates, LLC
                                               3554 Hulmeville Road, Suite 102
                                               Bensalem, PA 19020
                                               P: 215-639-5297
                                               F: 215-639-1344
                                               support@ymalaw.com