# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    RHIANNON M. GATTO         :    Chapter  7
              Debtor

                                              :

                                             :    Bankruptcy No.  22-10892-ELF

## CERTIFICATION OF NO RESPONSE

I, PAUL H. YOUNG, ESQUIRE, attorney for Debtor, do hereby certify the following:

On **February 22,2023**, a copy of Debtor's Motion to Reopen Closed Case, Motion to Avoid  Judicial Lien and Notice of Motion, Response Deadline and Hearing Date was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below:

Leo Salom, CEO
TD Bank N.A., USA
Attention Corporate Head Office
1701 Route 70 East
Cherry Hill, NJ 08003

I have not received a responsive pleading from any party or answers within the time period provided by the Rules of Court.

WHEREFORE, it is respectfully requested that this Honorable Court enter the proposed Order attached to the Motion to Avoid Judicial Lien.

                                                                  /s/ Paul H. Young
                                                                  Paul H. Young, Esquire
                                                                  Young, Marr & Associates, LLC
                                                                  3554 Hulmeville Road, Suite 102
                                                                  Bensalem, PA 19020
                                                                  P: 215-639-5297
                                                                  F: 215-639-1344
                                                                  support@ymalaw.com