# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   RHIANNON GATTO           :   Chapter  7
           Debtor
                                          :

:Bankruptcy No.  22-10892 - AMC

## ORDER

AND NOW, upon consideration of Debtor's Motion to Reopen Closed Case, IT IS HEREBY ORDERED, that the Motion to Reopen is SUSTAINED.

**Date:** April 11, 2023

_____
United States Bankruptcy Judge