# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   RHIANNON M. GATTO           :   Chapter  7
          Debtor
                                :

                              :Bankruptcy No.  22-10892-AMC

### ORDER AVOIDING JUDICIAL LIEN

AND NOW,   upon motion of the debtor to avoid an alleged judicial lien held by  **TD Bank, U.S.A., N.A.** and identified as **Case #SC-21-05-19-3598** located at the  **Municipal Court of Philadelphia County, Pennsylvania.**

And the debtor having asserted that the alleged lien is subject to avoidance pursuant to 11 U.S.C. § 522(f)(1)(A) or (B),

And the debtor having certified that adequate notice of the Motion was sent to the lienholder and that no answer or other response to the motion has been filed,

Accordingly, it is hereby ordered that the motion is granted by default and the judicial lien held by  **TD Bank, U.S.A., N.A.,**  is avoided upon Discharge of this Chapter 7 case.

Date:   April 11, 2023

                                              ASHELY M. CHAN
                                              United States Bankruptcy Judge