United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-10892-amc

Rhiannon Marie Gatto     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Apr 12, 2023     Form ID: pdf900     Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rhiannon Marie Gatto, 4511 Melrose Street, Philadelphia, PA 19124-4115 |
| 14702971 | + | AMERICAN HERITAGE, C/O Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14681828 | + | American Heritage Federal Credit Union, 3110 Grant Ave, Philadelphia, PA 19114-2542 |
| 14681851 | + | Young, Marr, Mallis & Deane, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 12 2023 23:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 12 2023 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: broman@amhfcu.org | Apr 12 2023 23:32:00 | AMERICAN HERITAGE FEDERAL CREDIT UNION, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14681827 | + | Email/Text: broman@amhfcu.org | Apr 12 2023 23:32:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14681830 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 12 2023 23:31:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14681829 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 12 2023 23:31:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14681831 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 12 2023 23:43:25 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14681832 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 12 2023 23:43:36 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14681839 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 12 2023 23:43:30 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14681836 | | Email/Text: operationsclerk@easypayfinance.com | Apr 12 2023 23:31:00 | Easy Pay/Duvera Collections, 3220 Executive Ridge, Vista, CA 92081 |
| 14681835 | | Email/Text: operationsclerk@easypayfinance.com | Apr 12 2023 23:31:00 | Easy Pay/Duvera Collections, Attn: Bankruptcy, Po Box 2549, Carlsbad, CA 92018 |
| 14681838 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 12 2023 23:43:37 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14681837 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 12 2023 23:43:25 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14681833 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 12 2023 23:43:30 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |

Case 22-10892-amc   Doc 28   Filed 04/14/23   Entered 04/15/23 00:27:18   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 12, 2023 | Form ID: pdf900 | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| 14681834 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 12 2023 23:43:26 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 14681840 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 12 2023 23:43:30 | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 14681841 | | Email/Text: blegal@phfa.org | Apr 12 2023 23:32:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14681844 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 12 2023 23:43:36 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 14681843 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 12 2023 23:43:36 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14681842 | + | Email/Text: blegal@phfa.org | Apr 12 2023 23:32:00 | Pennsylvania Housing Finance Agency, 211 N Front St, Harrisburg, PA 17101-1406 |
| 14681845 | + | Email/Text: bncmail@w-legal.com | Apr 12 2023 23:32:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14681846 | + | Email/Text: bncmail@w-legal.com | Apr 12 2023 23:32:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14681850 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 12 2023 23:43:37 | Wells Fargo Bank NA, Po Box 14517, Des Moines, IA 50306-3517 |
| 14681847 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 12 2023 23:43:30 | Wells Fargo Bank NA, Attn: Wells Fargo Bankruptcy, 435 Ford Road, Suite 300, Saint Lewis Park, MN 55426-4938 |
| 14681849 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 12 2023 23:43:30 | Wells Fargo Bank NA, Po Box 94435, Albuquerque, NM 87199-4435 |
| 14681848 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 12 2023 23:43:37 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 14, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| GARY F. SEITZ | on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com  gfs@trustesolutions.net |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 12, 2023 | Form ID: pdf900 | Total Noticed: 30 |

GARY F. SEITZ
 gseitz@gsbblaw.com  gfs@trustesolutions.net

PAUL H. YOUNG
 on behalf of Debtor Rhiannon Marie Gatto support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com

REBECCA ANN SOLARZ
 on behalf of Creditor AMERICAN HERITAGE FEDERAL CREDIT UNION bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
 on behalf of Creditor AMERICAN HERITAGE bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   RHIANNON GATTO         :   Chapter 7
              Debtor
                                :

                                :Bankruptcy No. 22-10892 - AMC

ORDER

AND NOW, upon consideration of Debtor's Motion to Reopen Closed Case, IT IS HEREBY ORDERED, that the Motion to Reopen is SUSTAINED.

**Date:** April 11, 2023

_____
United States Bankruptcy Judge