United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10892-amc |
| Rhiannon Marie Gatto | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 12, 2023 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Rhiannon Marie Gatto, 4511 Melrose Street, Philadelphia, PA 19124-4115 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: broman@amhfcu.org | Apr 12 2023 23:32:00 | AMERICAN HERITAGE FEDERAL CREDIT UNION, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14681830 | + Email/Text: creditcardbkcorrespondence@bofa.com | Apr 12 2023 23:31:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14681829 | + Email/Text: creditcardbkcorrespondence@bofa.com | Apr 12 2023 23:31:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 14, 2023            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| GARY F. SEITZ | gseitz@gsbblaw.com  gfs@trustesolutions.net |
| GARY F. SEITZ | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 12, 2023 | Form ID: pdf900 | Total Noticed: 4 |

on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com gfs@trustesolutions.net

PAUL H. YOUNG

on behalf of Debtor Rhiannon Marie Gatto support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com

REBECCA ANN SOLARZ

on behalf of Creditor AMERICAN HERITAGE FEDERAL CREDIT UNION bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ

on behalf of Creditor AMERICAN HERITAGE bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   RHIANNON M. GATTO          :   Chapter 7
              Debtor
                                    :

                                    :Bankruptcy No. 22-10892-AMC

ORDER AVOIDING JUDICIAL LIEN

AND NOW, upon motion of the debtor to avoid an alleged judicial lien held by **Bank of America** and identified as **Case #200300285** located at the **Court of Common Pleas of Philadelphia County, Pennsylvania.**

And the debtor having asserted that the alleged lien is subject to avoidance pursuant to 11 U.S.C. § 522(f)(1)(A) or (B),

And the debtor having certified that adequate notice of the Motion was sent to the lienholder and that no answer or other response to the motion has been filed,

Accordingly, it is hereby ordered that the motion is granted by default and the judicial lien held by **Bank of America,** is avoided upon Discharge of this Chapter 7 case.

Date:  April 11, 2023

_____
ASHELY M. CHAN
United States Bankruptcy Judge