UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| Rhiannon Marie Gatto | : | Bky. No. 22-10892-AMC |
| | : | |
| Debtor | : | |

## ORDER

AND NOW, it Appearing that the above referenced case was reopened, and it

Further Appearing that administration of this case has been completed, it is

ORDERED, that the above referenced case is hereby CLOSED.

Date: May 1, 2023

ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE